**Opinion issued January 16, 2020**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00295-CV

_____

## KATHRYN PASCH, ANDREW PASCH AND PASCH ENTERPRISES LLC, Appellants

## V.

## TLMA, LLC AND DONALD WAYNE PADDACK JR, Appellees

---

**On Appeal from the 434th District Court
Fort Bend County, Texas
Trial Court Cause No. 17-DCV-243809**

---

## MEMORANDUM OPINION

Appellants have filed a joint motion to dismiss the appeal. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP.
P. 42.1(a)(1).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Hightower.